IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 12-0384
 ((((((((((((((((

 George Ata, Petitioner

 v.

 DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, ET AL., Respondents

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The petition for review, filed on May 14, 2012, is ABATED.
 2. This petition is removed from the Court's active docket. It is
the parties' responsibility to immediately notify this Court when the court
of appeals' decision is final.

 Done at the City of Austin, this 18th day of May, 2012.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk